THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN WEISS, Appellant. — Judgment modified by reducing sentence to time already served, and as so

modified affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and Martin, JJ., dissent and vote for reversal.